AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

JUDITH COELHO
DANIEL COELHO

v.

PRO MUTUAL GROUP

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-11833 NMG

TO: (Name and address of Defendant)

PRO Mutual Group
101 Arch Street
Boston, MA 02205-5178

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth M. Levine, Esq.
Kenneth M. Levine + Associates
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



CLERK

(By) DEPUTY CLERK

DATE  9-9-05

AO 440 (Rev. 8/01) Summons in a Civil Action



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.                                                                September 27, 2005

I hereby certify and return that on 9/20/2005 at 10:30AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Bernard Haynes, production control, agent and person in charge at the time of service for Pro Mutual Group, at, 101 Arch Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff  John Cotter                                         *John Cotter*
                                                                    Deputy Sheriff

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.