UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUDITH COELHO AND DENNIS COELHO,

                  Plaintiff,        CIVIL ACTION NO. 05-11833 NMG

v.

PROMUTUAL GROUP,

                  Defendants.

**DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS UNTIL
RESOLUTION OF THE UNDERLYING TORT SUIT
and
REQUEST FOR ORAL ARGUMENT**

For the reasons set forth in the accompanying Memorandum, defendant ProMutual Group ("ProMutual")[1] moves to stay all proceedings in this action, including but not limited to its responses to discovery requests prematurely served with the Complaint, until plaintiffs' underlying claims against ProMutual's insureds, which are pending in the state court action *Judith Coelho and Dennis Coelho* v. *Alice M. Daley, M.D. and PMG Physician Associates, Inc.*, Barnstable County Superior Court Civil Action No. 2003-0028, are resolved by settlement or a final judgment and exhaustion of any appeals.

---

[1] The correct name for the defendant is Medical Professional Mutual Insurance Company.

269461.1

## Request for Oral Argument

Pursuant to Local Rule 7.1(D), ProMutual requests a hearing on its Motion to Stay All Proceedings Until Resolution of the Underlying Tort Suit.

PROMUTUAL GROUP
By its attorneys,

/s/ Anne Robbins_____
Tamara S. Wolfson (BBO #544347)
Anne Robbins (BBO #561968)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Dated: October 12, 2005

CERTIFICATION OF RULE 7.1(A) CONFERENCE

I hereby certify that on October 11, 2005, I spoke by telephone with counsel for plaintiffs, Kenneth Levine, in a good faith attempt to resolve or narrow the issue raised by the above motion, and that we were unable to reach agreement.

/s/ Anne Robbins_____

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on October 12, 2005.

/s/ Anne Robbins_____