UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH COELHO AND DENNIS COELHO,<br><br>                              Plaintiff,<br><br>v.<br><br>PROMUTUAL GROUP,<br><br>                              Defendants. | CIVIL ACTION NO. 05-11833 NMG |

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER**

As of November 1, 2005, the mailing address, telephone number and fax number for Tamara S. Wolfson and Anne Robbins, counsel for defendant ProMutual Group will be:

Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA  02110-1800
(617) 951-0800
(617) 951-0811 (fax)

Respectfully submitted,

/s/ Anne Robbins_____
Tamara S. Wolfson (BBO #544347)
Anne Robbins (BBO #561968)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Dated:  October 20, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on October 20, 2005.

/s/ Anne Robbins_____

270880.1