UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH COELHO AND DENNIS COELHO,<br>Plaintiffs,<br><br>v.<br><br>PROMUTUAL GROUP,<br>Defendant. | CIVIL ACTION NO. 05-11833 NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Judith Coelho and Dennis Coelho, and defendant ProMutual Group[1], stipulate to the dismissal of all counts of plaintiffs' complaint with prejudice and waiving all rights to appeal, and with each party bearing its own costs and attorney's fees.

PLAINTIFFS,

JUDITH COELHO AND DENNIS COELHO

By their attorney,

/s/Kenneth M. Levine
Kenneth M. Levine, BBO #296850
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA  02445

Dated:  January 9, 2006

DEFENDANT,

PROMUTUAL GROUP,

By its attorney,

/s/Tamara S. Wolfson
Tamara S. Wolfson, BBO # 544347
Anne Robbins BBO #561968
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served on the attorney of record for each other party by electronic means on January 9, 2006.

/s/Anne Robbins

---

[1] The correct name of the Defendant is Medical Professional Mutual Insurance Company.